589 A.2d 1353

## IN THE MATTER OF MELVIN K. SILVERMAN, AN ATTORNEY AT LAW.

May 17, 1991.

## ORDER

This matter having been duly considered by the Court, it is ORDERED that the motion for reconsideration is granted; and it is further

ORDERED that respondent is restored to the practice of law, effective immediately.